Certificate Number: 15317-PAM-DE-029886146

Bankruptcy Case Number: 17-03598



15317-PAM-DE-029886146

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2017, at 11:44 o'clock AM PDT, William L Ingle Jr. completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 17, 2017    By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor