UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM L. INGLE, JR.<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| WILLIAM L. INGLE, JR.<br>    Respondent(s) | : | CASE NO. 1-17-bk-03598 |

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of June, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The debtor defaulted in the payment of post-petition mortgage obligations under their previous plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                                Respectfully submitted:

                                               Charles J. DeHart, III
                                               Standing Chapter 13 Trustee
                                               8125 Adams Drive, Suite A
                                               Hummelstown, PA 17036
                                               (717) 566-6097

                            BY:        /s/James K. Jones
                                               Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this   12th   day of June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Sheppard, Esquire
2201 North 2nd Street
Harrisburg, PA   17110

                 /s/Deborah A. Behney
                 Office of Charles J. DeHart, III
                 Standing Chapter 13 Trustee