```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-03598-HWV
William L. Ingle, Jr.                                           Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: DDunbar            Page 1 of 1              Date Rcvd: Jun 10, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
4963370        Tongela R. Ingle,    5287 Carlisle Pike,    New Oxford, PA   17350-8848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 William L. Ingle, Jr. jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Jason Brett Schwartz    on behalf of Creditor    NewRez LLC d/b/a, Shellpoint Mortgage Servicing
               JSchwartz@mesterschwartz.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    NewRez LLC d/b/a, Shellpoint Mortgage
               Servicing nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William L. Ingle, Jr. a/k/a William L. Ingle<br>      Debtor | : Bankruptcy No. 17-03598 HWV<br>: Chapter 13<br>: |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
|       Movant<br>vs.<br>William L. Ingle, Jr. a/k/a William L. Ingle and Tongela R. Ingla | : |
|       Debtor and<br>Non-Filing Co-Debtor/Respondent | : |
| Charles J. DeHart, III,<br>      Trustee/Respondent | : |

## ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

Upon consideration of the Stipulation between NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is hereby:

ORDERED AND DECREED THAT: The Stipulation in Settlement of Motion for Relief from Automatic Stay is APPROVED:

Dated: June 7, 2019

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (JH)