## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM L. INGLE, JR.                                    Case No.: 1-17-03598-HWV
                                                         Chapter 13

          Debtor(s)


                        NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | SHELLPOINT MORTGAGE SERVICING |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 9145/PRE ARREARS/5287 CARLISLE PIKE |
| Property Address if applicable: | 5287 CARLISLE PIKE, , NEW OXFORD, PA17350-8848 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,071.58 |
| b. | Prepetition arrearages paid by the Trustee: | $3,071.58 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,188.17 |
| f. | Postpetition arrearages paid by the Trustee: | $2,188.17 |
| g. | Total b, d, f: | $5,259.75 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  June 12, 2020                                    Respectfully submitted,


                                                              s/ Charles J. DeHart, III, Trustee
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  dehartstaff@pamd13trustee.com

Creditor Name: SHELLPOINT MORTGAGE SERVICING
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1188781 | 07/12/2018 | $110.51 | $0.00 | $110.51 |
| 5200 | 1190154 | 08/09/2018 | $190.95 | $0.00 | $190.95 |
| 5200 | 1191468 | 09/06/2018 | $254.60 | $0.00 | $254.60 |
| 5200 | 1192801 | 10/10/2018 | $318.26 | $0.00 | $318.26 |
| 5200 | 1194422 | 11/08/2018 | $317.17 | $0.00 | $317.17 |
| 5200 | 1195836 | 12/13/2018 | $314.11 | $0.00 | $314.11 |
| 5200 | 1197200 | 01/10/2019 | $63.38 | $0.00 | $63.38 |
| 5200 | 1199570 | 03/12/2019 | $742.04 | $0.00 | $742.04 |
| 5200 | 1200958 | 04/11/2019 | $253.52 | $0.00 | $253.52 |
| 5200 | 1202277 | 05/09/2019 | $253.52 | $0.00 | $253.52 |
| 5200 | 1203595 | 06/06/2019 | $253.52 | $0.00 | $253.52 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

WILLIAM L. INGLE, JR.                                        Case No.: 1-17-03598-HWV
                                                             Chapter 13

                Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JAMES P. SHEPPARD, ESQUIRE                SERVED ELECTRONICALLY
2201 NORTH 2ND STREET
HARRISBURG PA,   17110-


NEWREZ, LLC                           SERVED BY 1ST CLASS MAIL
D/B/A SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC,   29603


WILLIAM L. INGLE, JR.                   SERVED BY 1ST CLASS MAIL
5287 CARLISLE PIKE
NEW OXFORD, PA  17350-8848



I certify under penalty of perjury that the foregoing is true and correct.


Date: June 12, 2020                      s/   Donna Schott
                                       Charles J. DeHart, III, Trustee
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       Fax:  (717) 566-8313
                                       eMail:  dehartstaff@pamd13trustee.com