```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-03598-HWV
William L. Ingle, Jr.                                           Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 18, 2020
                             Form ID: 3180W           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
```
db              William L. Ingle, Jr.,   5287 Carlisle Pike,   New Oxford, PA  17350-8848
aty            +Paul J Fanelli,   The Pincus Law Group, PLLC,   2929 Arch Street, Suite 1700,
                 Philadelphia, PA 19104-7327
cr              NewRez LLC d/b/a Shellpoint Mortgage Servicing,   NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO BOX 10826,   GREENVILLE, SC  29603-0826
4963366         Ingle William L Jr,   5287 Carlisle Pike,   New Oxford, PA  17350-8848
4963367         James P Sheppard Esquire,   2201 N 2nd St,   Harrisburg, PA  17110-1007
4963368         KML Law Group PC,   BNY Mellon Independence Ctr,   701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
4963369         Nationstar Mortgage,   8950 Cypress Waters Blvd,   Coppell, TX  75019-4620
4992998        +Nationstar Mortgage, LLC d/b/a Mr. Cooper,   ATTN: Bankruptcy Department,   P.O. Box 619096,
                 Dallas, TX 75261-9096
5126689         New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675
5126690         New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,   P.O. Box 10675,
                 Greenville, SC  29603-0675
5292396        +NewRez LLC d/b/a,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                 Greenville, SC 29603-0826
4963370         Tongela R. Ingle,   5287 Carlisle Pike,   New Oxford, PA  17350-8848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4988897         EDI: JEFFERSONCAP.COM Jun 18 2020 23:33:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
4978540         EDI: WFFC.COM Jun 18 2020 23:33:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,   Irvine CA 92623-9657
4963371         EDI: WFFC.COM Jun 18 2020 23:33:00      Wells Fargo Dealer Services,   PO Box 25341,
                 Santa Ana, CA  92799-5341
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 William L. Ingle, Jr. jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Jason Brett Schwartz    on behalf of Creditor    NewRez LLC d/b/a, Shellpoint Mortgage Servicing
               JSchwartz@mesterschwartz.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    NewRez LLC d/b/a, Shellpoint Mortgage
               Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William L. Ingle Jr. | Social Security number or ITIN    xxx–xx–1115 |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
|  |  | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–03598–HWV | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William L. Ingle Jr.
aka William L. Ingle

**By the court:**

6/18/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**